UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DEBORAH MENSAH,

              Defendant.

ORDER

S2 18 Cr. 201 (DLC)

    Upon the application of the United States of America, by Assistant United States Attorney Sagar K. Ravi, it is hereby ORDERED that the Indictment in this matter, S2 18 Cr. 201 (DLC), be unsealed.

Dated:  New York, New York
        August 24, 2020

_____
UNITED STATES MAGISTRATE JUDGE