UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

DEBORAH MENSAH,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

**SEALED ORDER**

S2 18 Cr. 201 (DLC)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, GEOFFREY S. BERMAN, by Assistant United States Attorney Sagar K. Ravi;

It is found that the indictment and arrest warrant in the above-captioned action are currently sealed and the United States Attorney's Office has applied to have that indictment and arrest warrant unsealed for the limited purpose of sharing them foreign law enforcement agencies, including Interpol, to facilitate the defendant's arrest and extradition, it is therefore

ORDERED that the indictment and arrest warrant in the above-captioned action be unsealed for the limited purpose set forth above.

Dated: New York, New York
       February 27, 2019

HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE