```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :         18cr201(DLC)
UNITED STATES OF AMERICA                 :
                                         :             ORDER
            -v-                          :
                                         :
DEOBRAH MENSAH,                          :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 24, 2020, this Court issued an Order scheduling an initial pretrial conference via telephone for Friday, August 28 at 2:00 p.m.  It is hereby

ORDERED that a trial date will be chosen at the August 28 telephone conference.  After the Government recites the procedural history of this case, outlines the nature of the evidence it intends to offer at any trial, and proposes a schedule for the production of discovery materials to the defendant, the Court will consult the parties regarding the scheduling of the trial.  After a trial date is selected, a schedule for motions will be set and the propriety of any exclusion of time under the Speedy Trial Act will be addressed.

IT IS FURTHER ORDERED that counsel for the Government and the defendant will consult in advance of the conference to reach agreement, if possible, on a proposed date for the trial.

IT IS FURTHER ORDERED that any defendant released on bail

must also participate in the conference unless permission has been sought and granted to excuse that participation.

IT IS FURTHER ORDERED that this scheduling conference will proceed without the participation of incarcerated defendants because of the limitations on the Court's ability to arrange for the participation of incarcerated defendants in remote proceedings during the pandemic.

IT IS FURTHER ORDERED that by **August 27** the parties shall send to the Chambers email, [CoteNYSDChambers@nysd.uscourts.gov](mailto:CoteNYSDChambers@nysd.uscourts.gov), each of the telephone numbers that the defendant and each attorney will be using to access the conference.

IT IS FURTHER ORDERED that counsel for any incarcerated defendant shall order a copy of the transcript of the conference and promptly after its receipt either provide the defendant with a copy of or read the transcript to the defendant.

IT IS FURTHER ORDERED that the dial-in credentials for the **August 28** telephone conference are the following:

```
Dial-in:       888-363-4749
Access code:   4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

IT IS FURTHER ORDERED that defense counsel shall provide a copy of or read this order to the defendant.

IT IS FURTHER ORDERED that any objection to this Order shall be filed no later than **August 27.**

Dated: New York, New York
August 26, 2020

```
                                    _____
                                         DENISE COTE
                                    United States District Judge
```