```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :     S2 18cr201 (DLC)
                                         :
            -v-                          :          ORDER
                                         :
 DEBORAH MENSAH,                         :
                                         :
                      Defendant.         :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 28, 2020, a trial date was set for **May 3, 2021** during a telephone conference with counsel for the defendant and the Government. It is anticipated that criminal jury trials in this district will resume in 2021. Jury trials will be conducted in compliance with the safety procedures implemented in this district. In order to comply with those safety procedures, jury trials require complex planning and coordination. This district is currently planning to accommodate criminal jury trials that should occur between April and June 2021. It is anticipated that any defendant who wishes to resolve the charges by entering a plea of guilty will confer with the Government and arrange with the Court to enter a plea no later than three weeks before the date scheduled for trial. Accordingly, it is hereby

ORDERED that defense counsel shall advise the Court by **January 8, 2021**, whether the defendant currently intends to proceed to trial.

Dated:   New York, New York
         December 8, 2020

```
                    _____
                         DENISE COTE
                    United States District Judge
```