```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
 UNITED STATES OF AMERICA,                :
                                          :
            -v-                           :    18cr201-7(DLC)
                                          :
 DEBORAH MENSAH,                          :    ORDER
                                          :
                       Defendant.         :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On March 22, 2021, counsel for the parties informed the Court that defendant intended to enter a plea of guilty and would like to proceed in person.  Accordingly, it is hereby

ORDERED that a change of plea is scheduled to occur in person in Courtroom 18B, 500 Pearl Street, on **April 2, 2021** at **2:00 PM**.  In light of the ongoing COVID-19 pandemic,

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here**:

https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public Media v.5.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse.  Individuals also must wear either **one N95 mask** or **two face masks** that cover

the person's nose and mouth at all times in the courthouse unless the Court authorizes their removal.  Bandannas, gaiters, and masks with valves are not permitted.

IT IS FURTHER ORDERED that by **March 25, 2021,** defense counsel must advise the Court of how many spectators will attend the proceeding.  The parties must advise the Court by the same date how many individuals will be seated at counsel's tables.  Special accommodations may need to be made if more than **ten** spectators are expected to attend, or more than **three** individuals are expected to be seated at each counsel's table.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in-court proceeding may listen to it through a telephone link by calling **888-363-4749** and using access code **4324948**.

Dated:    New York, New York
          March 23, 2021

_____
DENISE COTE
United States District Judge