UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
UNITED STATES OF AMERICA                          :
                                                  :   CONSENT PRELIMINARY ORDER
            - v. -                                :   OF FORFEITURE/
                                                  :   MONEY JUDGMENT
DEBORAH MENSAH,                                   :
                                                  :   S2 18 Cr. 201 (DLC)
            Defendant.                            :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about February 27, 2019, DEBORAH MENSAH (the "Defendant"), was charged in a six-count Superseding Indictment, S2 18 Cr. 201 (DLC) (the "Indictment"), with conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349 (Count One); wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count Two); conspiracy to receive stolen money, in violation of Title 18, United States Code, Section 371 (Count Three); receipt of stolen money, in violation of Title 18, United States Code, Sections 2315 and 2 (Count Four); money laundering conspiracy, in violation of Title 18, United States Code, Section 1956(h) (Count Five); and aggravated identity theft, in violation of Title 18, United States Code, Sections 1028(a)(1), (b) & (c)(5), and 2 (Count Six);

WHEREAS, the Indictment included, *inter alia*, a forfeiture allegation as to Count Five of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real or personal, involved in the offense charged in Count Five of the Indictment, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offense charged in Count Five of the Indictment;

WHEREAS, on or about April 2, 2021, the Defendant pled guilty to Count Five of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant

admitted the forfeiture allegation with respect to Count Five of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), a sum of money equal to $202,964 in United States currency, representing property involved in the offense charged in Count Five of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $202,964 in United States currency representing the amount of property involved in the offense charged in Count Five of the Indictment; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the property involved in the offense charged in Count Five of the Indictment cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, United States Attorney, Assistant United States Attorneys, Sagar K. Ravi and Mitzi S. Steiner of counsel, and the Defendant, and her counsel, James Michael Roth, Esq., that:

1. As a result of the offense charged in Count Five of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $202,964 in United States currency (the "Money Judgment"), representing the amount of property involved in the offense charged in Count Five of the Indictment, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, DEBORAH MENSAH, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____  4/2/21
Sagar K. Ravi/Mitzi S. Steiner       DATE
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007
(212)637-2195 / 2284


DEBORAH MENSAH

By: _____  4/2/21
Deborah Mensah                       DATE

By: _____  4/2/21
James Michael Roth, Esq.             DATE
Attorney for Defendant
Stampur & Roth
299 Broadway, Suite 800
New York, NY 10007

SO ORDERED:

_____  4/2/21
HONORABLE DENISE L. COTE         DATE
UNITED STATES DISTRICT JUDGE