UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

   - against -                      ORDER OF JUDICIAL REMOVAL

DEBORAH MENSAH,               S2 18 Cr. 201 (DLC)

                   Defendant.

------------------------------X

Upon the application of the United States of America, by Sagar Ravi, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of DEBORAH MENSAH and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1.    The defendant is not a citizen or national of the United States.

2.    The defendant is a native and a citizen of Ghana.

3.    The defendant was admitted to the United States as a lawful permanent resident on January 22, 2010.

4.    Subsequently, on August 20, 2020, the defendant was extradited from Ghana and paroled into the United States at John F. Kennedy International Airport, Queens, New York on or about August 20, 2020.

5.    At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, under one count of

conspiracy to commit money laundering from at least in or about 2014, through in or about 2018, in violation of Title 18 United States Code Section 1956(h).

6. The maximum sentence for this violation is twenty years' imprisonment.

7. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an individual who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime; Section 212(a)(2)(I)(i), as amended, 8 U.S.C. § 1182(a)(2)(I)(i), as an individual who a consular officer or the Attorney General knows, or has reason to believe, has engaged, is engaging, or seeks to enter the United States to engage, in an offense which is described in Section 1956 or 1957 of Title 18, United States Code (relating to laundering of monetary instruments).

8. The defendant has waived her right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

9. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

10. The defendant has designated Ghana as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon her release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon her sentencing, and that the defendant be ordered removed to Ghana.

Dated: New York, New York
July 1, 2021

_____
THE HONORABLE DENISE L. COTE
UNITED STATES DISTRICT COURT JUDGE